```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 08 B 03989
    WILMA LOWE
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
           Debtor
    SSN XXX-XX-5525


--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 02/21/2008 and was not confirmed.

     The case was dismissed without confirmation 04/17/2008.
--------------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
CASEY B HUDSON            NOTICE ONLY    NOT FILED              .00            .00
JEFFERSON CAPITAL SYSTEM  UNSECURED         1102.39             .00            .00
LAWYERS TITLE INSURANCE   SECURED                .00            .00            .00
LAWYERS TITLE INSURANCE   SECURED NOT I    44954.52             .00            .00
SN SERVICING CORPORATION  CURRENT MORTG        .00              .00            .00
SN SERVICING CORPORATION  SECURED NOT I  183164.83              .00            .00
MICHELOTTI & ASSOCIATES   DEBTOR ATTY          .00                             .00
TOM VAUGHN                TRUSTEE                                              .00
DEBTOR REFUND             REFUND                                               .00

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  .00

PRIORITY                                       .00
SECURED                                        .00
UNSECURED                                      .00
ADMINISTRATIVE                                 .00
TRUSTEE COMPENSATION                           .00
DEBTOR REFUND                                  .00
                    ---------------    ---------------
TOTALS                   .00                   .00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 07/23/08          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```